UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NANCY D. MURRAY,

        Plaintiff,

    v.

LAW OFFICES OF
DOUGLAS R. BURGESS, ESQ.,

        Defendant.
_____/

No. CIV. S-08-2981 FCD DAD

**O R D E R**

    The defendant in this matter, DOUGLAS R. BURGESS, is now appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Dale A. Drozd for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate. Defendant shall contact Magistrate Judge Dale A. Drozd's Courtroom Deputy, Pete Buzo at (916) 930-4128 for available law and motion dates and re-notice his motion to dismiss before the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-08-2981 FCD DAD PS**.

DATED: May 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE