1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NANCY D. MURRAY,

11              Plaintiff,                    No. CIV S-08-2981 FCD DAD PS

12       vs.

13   LAW OFFICES OF DOUGLAS
     R. BURGESS, ESQ.,                       ORDER
14
                Defendant.
15   _____/

16          Plaintiff has filed an amended complaint.  Under Federal Rule of Civil Procedure

17   15(a), a plaintiff may amend his or her pleading once as a matter of course before being served

18   with a responsive pleading.  Defendant in this case has filed a motion to dismiss but has not

19   served a responsive pleading.[1]  Plaintiff's amended complaint has therefore superseded her

20   original pleading, and defendant's motion is moot.  Defendant will be granted twenty days to

21   respond to the amended complaint with a new motion, if appropriate, or a responsive pleading.

22   Any new motion must be noticed for hearing before the undersigned.

23

24          [1] Motions to dismiss and motions for summary judgment are not responsive pleadings for
     purposes of Rule 15(a).  See U.S. ex rel. Saaf v. Lehman Bros., 123 F.3d 1307, 1308 (9th Cir.
25   1997); Doe v. United States, 58 F.3d 494, 496-97 (9th Cir. 1995); Schreiber Distrib. Co. v. Serv-
     Well Furniture Co., 806 F.2d 1393, 1401 (9th Cir. 1986); Kirk v. United States, 232 F.2d 763,
26   770 (9th Cir. 1956).

IT IS ORDERED that:

1.  Defendant's April 30, 2009 motion to dismiss (Doc. No. 6) is denied as moot; and

2.  Defendant shall respond to plaintiff's June 1, 2009 amended complaint (Doc. No. 9) within twenty days after service of this order.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\murray2981.mtd.moot