IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY D. MURRAY,

    Plaintiff,                       No. CIV S-08-2981 FCD DAD PS

    vs.

LAW OFFICES OF DOUGLAS
R. BURGESS, ESQ.,                      ORDER TO SHOW CAUSE

    Defendant.
_____/

        By order filed June 11, 2009, defendant's motion to dismiss was denied as moot and defendant was granted twenty days to respond to plaintiff's amended complaint with a new motion, if appropriate, or a responsive pleading.  Defendant has not filed an answer or a motion, or requested an extension of time to do so.  IT IS ORDERED that defendant shall show good cause in writing for his failure to comply with the court's order.  Defendant's responsive declaration shall be filed and served within ten calendar days after this order is filed and shall be accompanied by defendant's responsive pleading or appropriate motion.

DATED: July 17, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\murray2981.osc