IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY D. MURRAY,

      Plaintiff,               No. CIV S-08-2981 FCD DAD PS

    vs.

LAW OFFICES OF DOUGLAS
R. BURGESS, ESQ.,           ORDER

      Defendant.
_____/

      On June 11, 2009, defendant's motion to dismiss was denied as moot and defendant was granted twenty days to respond to plaintiff's amended complaint.  Defendant did not file a response.  On July 20, 2009, defendant was granted ten days to file a declaration showing good cause for failing to comply with the court's June 11, 2009 order, along with an answer or appropriate motion.  The time for responding to the order to show cause has expired, and defendant has not responded.

      Accordingly, IT IS ORDERED that, within fifteen days after this order is served, plaintiff shall file a status report setting forth her plans for prosecuting this action.

DATED: August 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\murray2981.ord.status